RICHARD R. FRITZ, an Infant, by WILLIAM H. FRITZ, His Guardian ad Litem, Respondent, *v.* CITY OF BUFFALO, Appellant.

Argued March 10, 1938; decided April 12, 1938.

*David Diamond, Corporation Counsel (Bart J. Shanahan* of counsel), for appellant.

*Harold Horowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ.   Dissenting: HUBBS and FINCH, JJ.